IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY DEAN DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV39 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM AND** |
| T. D. GENSLER, M.D., et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Amended Motion to Depose a Person Confined in Prison. (Filing No. 40.) In their motion, Defendants seek to depose Plaintiff, Anthony Dean Davis, who is a prisoner in the Community Corrections Center in Lincoln.

Federal Rule of Civil Procedure Rule 30(a)(2) states that a party must obtain leave of court to depose a person confined in prison. Leave shall be granted to the extent consistent with the principles stated in Rule 26(b)(2). Fed. R. Civ. P. 30(a)(2).

IT IS THEREFORE ORDERED that Defendants' Amended Motion to Depose a Person Confined in Prison (filing no. 40) is granted and the deposition proposed for March 5, 2008, may proceed.

March 3, 2008.                                BY THE COURT:

                                              *s/Richard G. Kopf*
                                              United States District Judge