IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY DEAN DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV39 |
| | ) | |
| V. | ) | |
| | ) | |
| T. D. GENSLER, M.D., | ) | MEMORANDUM |
| DENTIST DEPARTMENT, | ) | AND ORDER |
| UNKNOWN NEWTON, Director, | ) | |
| UNKNOWN THORNTON, | ) | |
| Officer #1686, and | ) | |
| DOUGLAS COUNTY, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

The defendants have filed motions for summary judgment supported by briefs and evidence. The plaintiff has not responded. The case is set for a pretrial conference in the relative near future. To avoid unnecessary preparation by the parties, I have carefully examined the pending motions. It is obvious that they should be granted. Accordingly,

IT IS ORDERED that:

1. The motions for summary judgment (filings 43 and 46) are granted.

2. As soon as possible, a memorandum and order will be issued that will more fully explain my reasons for granting the motions.

3. At the time the memorandum and order described in paragraph 2 is entered, I shall also issue a separate judgment.

4. The pretrial conference scheduled for this case is canceled.

5. The Clerk's office shall notify Judge Piester of this memorandum and order.

June 6, 2008.  BY THE COURT:

*S/Richard G. Kopf*
United States District Judge