IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY DEAN DAVIS, | ) | 8:07CV39 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| T. D. GENSLER, M.D., | ) | |
| DENTIST DEPARTMENT, | ) | |
| UNKNOWN NEWTON, Director, | ) | |
| UNKNOWN THORNTON, | ) | |
| Officer #1686, and | ) | |
| DOUGLAS COUNTY, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

By June 6, 2008 order, motions for summary judgment by defendants were summarily granted and a pretrial conference previously scheduled for July 24, 2008 was cancelled. (Filing 49, granting motions in filing 43 and filing 46.) On June 9, 2008, a memorandum and order explaining the reasons for granting the motions for summary judgment was entered. (Filing 50.) On June 9, judgment was entered in favor of the defendants, providing that the plaintiff took nothing and dismissing the case with prejudice. (Filing 51.)

This matter is now before the court upon Plaintiff's July 18, 2008 submission to the court (filing 52), construed as a motion for reconsideration of the June 6 order (filing 49) as well as the June 9 Memorandum and Order (filing 50) and Judgment (filing 51). I will deny the motion.

Accordingly,

IT IS ORDERED:

1. Filing 52, construed as a motion for reconsideration of the June 6 order (filing 49) as well as the June 9 Memorandum and Order (filing 50) and Judgment (filing 51), is denied; and

2. In filing 52, Plaintiff inquired whether he still had "a court date for July 24th." Plaintiff is advised that the pretrial conference previously scheduled for July 24, 2008 was cancelled. (*See* filing 49.) On June 9, judgment was entered in favor of the defendants and this case was dismissed with prejudice and closed. (*See* Filing 51.) That means the proceedings in this court are over.

July 22, 2008.                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge